**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-18901 |
| | § | |
| VELOCITY FITNESS, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $16,954.50 | Assets Exempt: | NA |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $18,784.63 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $6,215.37 | | |

3)    Total gross receipts of $25,000.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $6,215.37 | $6,215.37 | $6,215.37 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $195,567.13 | $149,700.04 | $149,700.04 | $18,784.63 |
| **Total Disbursements** | $195,567.13 | $155,915.41 | $155,915.41 | $25,000.00 |

4). This case was originally filed under chapter 7 on 06/08/2016. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/02/2017    By:    /s/ David P. Leibowitz
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Settlement of preferential payments made to Velocity Allsports, Inc., and its principals, Michael and Cynthia See (dkt # | 1241-000 | $25,000.00 |
| **TOTAL GROSS RECEIPTS** | | $25,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $3,250.00 | $3,250.00 | $3,250.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $29.97 | $29.97 | $29.97 |
| Green Bank | 2600-000 | NA | $58.52 | $58.52 | $58.52 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,692.50 | $1,692.50 | $1,692.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $11.38 | $11.38 | $11.38 |
| Lois West, Accountant for Trustee | 3410-000 | NA | $1,173.00 | $1,173.00 | $1,173.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $6,215.37 | $6,215.37 | $6,215.37 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Taave Investment | 7100-000 | $0.00 | $149,700.04 | $149,700.04 | $18,784.63 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Properites |  |  |  |  |  |
|  | ComEd | 7100-000 | $1,632.13 | $0.00 | $0.00 | $0.00 |
|  | Cynthia See | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Michael See | 7100-000 | $48,285.00 | $0.00 | $0.00 | $0.00 |
|  | Taave Investment Properites | 7100-000 | $145,650.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $195,567.13 | $149,700.04 | $149,700.04 | $18,784.63 |

Case 16-18901    Doc 34    Filed 11/30/17    Entered 11/30/17 15:26:30    Desc Main
Document    Page 4 of 8

Case 16-18901   Doc 34   Filed 11/30/17   Entered 11/30/17 15:26:30   Desc Main
Document   Page 5 of 8

FORM 1

Page No: 1   Exhibit 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 16-18901 | | | Trustee Name: | David Leibowitz |
| Case Name: | VELOCITY FITNESS, INC. | | | Date Filed (f) or Converted (c): | 06/08/2016 (f) |
| For the Period Ending: | 11/2/2017 | | | §341(a) Meeting Date: | 06/28/2016 |
| | | | | Claims Bar Date: | 05/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   Accounts receivable | $0.00 | $0.00 | | $0.00 | FA |
| 2   Tables and Chairs | $100.00 | $100.00 | | $0.00 | FA |
| 3   Misc sports equipment including 8 medicine balls, 4 large fitness balls, 2 weight racks, 2 weight lifting rods, 3 jumping boxes, plyo box high and low, 2 platforms, misc hand weights $500.00 Est. Liquidation | $500.00 | $500.00 | | $0.00 | FA |
| 4   Settlement of preferential payments made to Velocity Allsports, Inc., and its principals, Michael and Cynthia See (dkt #23) (u) | $0.00 | $25,000.00 | | $25,000.00 | FA |
| 5   Loan to Velocity Allsports, LLC (u) | $16,354.50 | $16,354.50 | | $0.00 | FA |

**Asset Notes:**   The loan was repaid and was then recovered as part of the preference settlement (asset #4).

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $16,954.50 | $41,954.50 | | $25,000.00 | $0.00 |

**Major Activities affecting case closing:**

05/24/2017   2017 Reporting Period:
Trustee recovered $25,000.00 in settlement of preferential payments made by debtor corporation to its affiliate and principals.  Taxes were filed on May 22, 2017.  TFR to be filed end of July.

**Initial Projected Date Of Final Report (TFR):**   09/30/2017   **Current Projected Date Of Final Report (TFR):**   /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1     Exhibit 9

| Case No.: | 16-18901 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | VELOCITY FITNESS, INC. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1595 | | | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 6/8/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/2/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/16/2017 | (4) | VELOCITY FITNESS, INC. | Settlement for preferential payments made to Velocity Allsports, Inc., and its principals, Michael See and Cynthia See (remitter of cashier's check is Velocity Allsports) | 1241-000 | $25,000.00 | | $25,000.00 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $22.12 | $24,977.88 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $36.40 | $24,941.48 |
| 09/06/2017 | 3001 | Lakelaw | Claim #: ; Amount Claimed: $11.38; Distribution Dividend: 100.00%; | 3120-000 | | $11.38 | $24,930.10 |
| 09/06/2017 | 3002 | Lakelaw | Claim #: ; Amount Claimed: $1,692.50; Distribution Dividend: 100.00%; | 3110-000 | | $1,692.50 | $23,237.60 |
| 09/06/2017 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $3,250.00 | $19,987.60 |
| 09/06/2017 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $29.97 | $19,957.63 |
| 09/06/2017 | 3005 | Lois West | Claim #: ; Amount Claimed: $1,173.00; Distribution Dividend: 100.00%; | 3410-000 | | $1,173.00 | $18,784.63 |
| 09/06/2017 | 3006 | Taave Investment Properites | Claim #: 1; Amount Claimed: $149,700.04; Distribution Dividend: 12.55%; | 7100-000 | | $18,784.63 | $0.00 |

**SUBTOTALS**     $25,000.00     $25,000.00

FORM 2     Page No: 2     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-18901 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VELOCITY FITNESS, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1595 | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/8/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/2/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $25,000.00 | $25,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $25,000.00 | $25,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $25,000.00 | $25,000.00 | |

**For the period of 6/8/2016 to 11/2/2017**

| | |
|---|---|
| Total Compensable Receipts: | $25,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/16/2017 to 11/2/2017**

| | |
|---|---|
| Total Compensable Receipts: | $25,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 16-18901 | **Trustee Name:** David Leibowitz |
| **Case Name:** | VELOCITY FITNESS, INC. | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***1595 | **Checking Acct #:** ******0101 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 6/8/2016 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 11/2/2017 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $25,000.00 | $25,000.00 | $0.00 |

**For the period of 6/8/2016 to 11/2/2017**

| | |
|---|---|
| Total Compensable Receipts: | $25,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/08/2016 to 11/2/2017**

| | |
|---|---|
| Total Compensable Receipts: | $25,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ